En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| In re: | Resolución |
| Medidas Judiciales para Atender Emergencias Causadas por el Huracan Georges | 98TSPR128 |

Número del Caso: EM-98-5

Fecha: 10/2/1998

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Medidas Judiciales para
Atender Emergencias Causadas
por el Huracán Georges

EM-98-5

RESOLUCION

San Juan, Puerto Rico a 2 de octubre de 1998

En nuestra resolución del pasado 25 de septiembre de 1998, hicimos constar lo siguiente:

"Debido a los efectos del Huracán Georges, desde la tarde del 21 de septiembre, los servicios de energía eléctrica, agua, alcantarillado y teléfono han quedado prácticamente interrumpidos en toda la Isla. Muchas estructuras que albergan las facilidades de los tribunales han quedado seriamente afectadas. Gran número de carreteras, calles y otras vías de acceso a muchas de dichas facilidades han resultado

total o parcialmente obstruidas. Los sistemas de transportación en masa están paralizados en muchos de los pueblos del centro de la Isla. Todo ello ha ocasionado que los tribunales del país hayan permanecido cerrados desde entonces. Al día de hoy es imposible predecir cuando podrán ser reanudadas las labores judiciales."

En vista de dicha situación dispusimos entonces, que los tribunales del país permanecerían cerrados hasta el 5 de octubre de 1998. Al día de hoy, según nos informa el Juez

Presidente, señor José A. Andréu García, todavía hay sedes del Tribunal de Primera Instancia en donde no se podrán reanudar las labores judiciales el próximo 5 de octubre. Nos informa además, el Juez Presidente, que la situación descrita anteriormente aún prevalece en toda la Isla de Puerto Rico, lo cual impide a los abogados y abogadas de Puerto Rico confeccionar los escritos, recursos y otros documentos judiciales y la reproducción de los mismos, dentro de aquellos términos que de otro modo hubieran expirado durante el período en que han permanecido cerrados los tribunales.

Excluir dicho término del cómputo de los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos judiciales no supera la difícil situación por la cual atraviesan estos profesionales. Ello causaría grave perjuicio a un número sustancial de ciudadanos que interesan recurrir a los tribunales en busca de justicia.

En vista de lo anteriormente expuesto, y al amparo de nuestra facultad inherente de reglamentar los procesos judiciales en situaciones de emergencia como la presente y no habiendo ley aplicable a la misma, se decretan interrumpidos todos los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos judiciales, desde el lunes 21 de septiembre de 1998, hasta el 30 de octubre de 1998, inclusive.

Se ordena la inmediata difusión de esta resolución y, además, su publicación por la Compiladora, la Oficina de Administración de los Tribunales y el Colegio de Abogados de Puerto Rico.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo